**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-7600

_____

JEFFREY MAURICE YOUNG-BEY,

            Plaintiff – Appellant,

      v.

DAVID R. BLUMBERG, Chairman; RUTH OGLE, Project Manager,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:10-cv-02448-JFM)

_____

Submitted:  July 30, 2012          Decided:  August 20, 2012

_____

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

_____

Remanded by unpublished per curiam opinion.

_____

Jeffrey Maurice Young-Bey, Appellant Pro Se.  Susan Howe Baron,
OFFICE  OF  THE  ATTORNEY  GENERAL  OF  MARYLAND,  Pikesville,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young-Bey seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The Appellees have filed a motion to dismiss the appeal, arguing that the notice of appeal, which was received in the district court shortly after expiration of the appeal period, was untimely. Because Young-Bey is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); Houston v. Lack, 487 U.S. 266 (1988). The parties' filings do not conclusively determine when Young-Bey gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to determine whether the filing was timely under Fed. R. App. P. 4(c)(1) and Houston v. Lack. The record, as supplemented, will then be returned to this court for further consideration.

REMANDED